JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
ADELLE GREENFIELD (SBN: 301514)
agreenfield@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff
EDWARD J. MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ABBYY USA SOFTWARE HOUSE DISABILITY INCOME INSURANCE PLAN; DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 8:24-cv-02284-FWS-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 21 DAYS**<br><br><u>Accompanying Document:</u><br>Proposed Order<br><br>Complaint Served: 11/1/24<br>Current Response Date: 12/23/24<br>New Response Date: 1/13/25 |

1  TO THE HONORABLE COURT:

2  Plaintiff Edward J. Murphy ("Plaintiff") and Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as follows:

5  1.  Anthem was served with the Summons and Complaint in this matter on November 1, 2024. Anthem's responsive pleading was originally due November 22, 2024.

8  2.  On November 27, 2024, the Court issued an Order to Show Cause Re Dismissal for Lack of Prosecution. The Order explained the Court would consider as an appropriate response a Stipulation extending Defendants' time to respond to the Complaint that complied with Local Rule 8-3. (Docket No. 11.)

12  3.  On December 3, 2024, the Parties stipulated to a 30-day extension pursuant to Local Rule 8-3, making Anthem's response to Plaintiff's Complaint due on or before December 23, 2024. (Docket No. 12.)

15  4.  Anthem recently retained new counsel, Gordon Rees Scully Mansukhani, LLP.

17  5.  On December 16, 2024, Anthem filed a Stipulation for Substitution of Counsel requesting to substitute Jordan Altura of Gordon Rees Scully Mansukhani in place of Reed Smith LLP as Anthem's counsel in this case. (Docket No. 13.)

20  6.  Good cause exists to extend Anthem's time to respond to the Complaint by an additional 21 days because Anthem's new counsel requires additional time to investigate Plaintiff's allegations before responding to the Complaint.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 21 DAYS

7. Accordingly, Plaintiff and Anthem stipulate that Anthem shall have a further 21-day extension of time to respond to Plaintiff's Complaint, making Anthem's response due on or before January 13, 2025.

IT IS SO STIPULATED.

Dated: December 19, 2024    DONAHUE & HORROW, LLP

By  /s/ Scott E. Calvert
Michael B. Horrow
Scott E. Calvert
Attorneys for Plaintiff
EDWARD J. MURPHY

Dated: December 19, 2024    GORDON REES SCULLY MANSUKHANI, LLP

By  /s/ Adelle Greenfield
Jordan S. Altura
Adelle Greenfield
Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

### FILER'S ATTESTATION

In compliance with Local Rule 5-4.3.4(a)(2), the filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 19, 2024    /s/ Adelle Greenfield
Adelle Greenfield