IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MURPHY,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ABBYY USA SOFTWARE HOUSE DISABILITY INCOME INSURANCE PLAN; DOES 1 THROUGH 10,<br><br>  Defendants. | Case No. 8:24-cv-02284-FWS-JDE<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 21 DAYS** |

Pursuant to the Stipulation to Extend Defendant Anthem Blue Cross Life and Health Insurance Company's Time to Respond to Complaint by an Additional 21 Days, and good cause appearing, Defendant Anthem Blue Cross Life and Health Insurance Company shall file its response to Plaintiff's Complaint on or before **January 13, 2025.**

IT IS SO ORDERED.

Dated: December 20, 2024

_____
The Honorable Fred W. Slaughter
United States District Judge

- 1 -
ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 21 DAYS