MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff EDWARD J. MURPHY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EDWARD J. MURPHY,<br><br>   Plaintiff,<br><br>   vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ABBYY USA SOFTWARE HOUSE DISABILITY INCOME INSURANCE PLAN; DOES 1 THOUGH 10<br><br>   Defendants. | Case No.: 8:24−cv−02284−FWS−JDE<br><br>**NOTICE OF SETTLEMENT** |

1  PLEASE TAKE NOTICE that Plaintiff EDWARD J. MURPHY and Defendant
2  ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY
3  (collectively, "the Parties") reached an agreement to resolve this Action in its entirety.
4  Documents are being prepared to finalize the resolution of this matter, and the Parties
5  anticipate filing a stipulation to dismiss the entire action, each side to bear their own
6  attorneys' fees and costs, within 45 days.

DATED: September 8, 2025            DONAHUE & HORROW, LLP

 /s/ *Scott E. Calvert*
MICHAEL B. HORROW
SCOTT E. CALVERT
*Attorneys for Plaintiff*