**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| EDWARD J. MURPHY,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ABBYY USA SOFTWARE HOUSE DISABILITY INCOME INSURANCE PLAN; DOES 1 THOUGH 10,<br><br>       Defendants. | Case No: 8:24-cv-02284−FWS−JDE<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [38]** |

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the parties' Stipulation for Dismissal with Prejudice (Dkt. 38 ("Stipulation")), the court **GRANTS** the Stipulation and **ORDERS** as follows:

    1.    The above-captioned case is **DISMISSED WITH PREJUDICE**.

    2.    Each party shall bear their own attorneys' fees and costs.

Dated: November 13, 2025

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

– 1 –